People of the State of Illinois, Plaintiff-Appellee, v. Lee Batie, Jr., Defendant-Appellant.

Gen. No. 52,912. (Abstract of Decision.)

First District, Second Division.

July 15, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold

A. Cowen, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James J. Meehan, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.